UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------------X <br> Shanchun Yu and Ruili Jin, <br><br> Plaintiffs, <br><br> -against- <br><br> Diguojiaoyu, Inc. d/b/a Diguo Edu. and <br><br> Shuntao Zhang a/k/a Kimi Zhang, <br><br><br> Defendants. <br> ------------------------------------------------------------X | Case No. 1:18-CV-07303 <br><br><br><br> **NOTICE OF APPEARANCE** |

**Leonard X. Gillespie**, attorney duly admitted to practice law in the State of New York, as well as the United States District Court for the Southern District of New York, affirms the truth of the following under the penalty of perjury:

1. I have been retained to represent the above-captioned defendants and hereby appear on their behalf.

DATED:    November 20, 2018
          New York, New York

Shotkin & Associates Law Office P.C.

By: Leonard X. Gillespie, Esq.
    Attorney for Defendants
    45 W. 34th Street, Suite 603
    New York, New York
    T - 212-268-8668
    F – 212-268-8686
    slwlawny@gmail.com