UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SHANCHUN YU and RUILI JIN,                                             :
:
                       Plaintiffs,           :      18-CV-7303 (JMF)
:
        -v-                                                        :      ORDER
:
DIGUOJIAOYU, INC. d/b/a DIGUO EDU, et al.,                             :
:
                       Defendants.           :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record during the conference held yesterday, Plaintiffs' counsel shall submit, no later than Tuesday, **March 26, 2019**, any communication — whether transmitted by way of email, social media, Google review, or any other platform — that he alleges was sent to threaten or harass him, in both its original language and translated into English.  By that **same date**, the parties shall submit a joint letter proposing the next steps in this litigation, which should include, but need not be limited to, a proposed briefing schedule for any anticipated summary judgment motion; a brief description of the basis for any such motion; and a description of actions this Court should or may take in light of the alleged threats and harassment.  In the same letter, Defendants' counsel shall recount any efforts that he has taken to contact his clients; whether, and when, those efforts have been successful; and whether his clients intend to defend this action.

      Further, the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is hereby EXTENDED, nunc pro tunc, to Friday, **March 29, 2019**.  The deadline for Defendants to respond to any interrogatories, requests for production, or other discovery requests served upon them by February 17, 2019 is similarly EXTENDED, nunc pro tunc, to Friday, **March 29, 2019**.  Any failure by Defendants to meet that deadline may result in the imposition of sanctions.  Discovery is otherwise closed.

      SO ORDERED.

Dated: March 20, 2019
      New York, New York                  _____
                                                             JESSE M. FURMAN
                                                   United States District Judge