# JK TRANSLATION INC
## PROFESSIONAL LANGUAGE SERVICES

13640 39TH Ave #507 Flushing, NY 11354     Phone: (718) 888-0618     Fax: 718-888-0283

CERTIFICATE TRANSLATION FROM ENGLISH TO CHINESE, AND VICE VERSA

## AFFIDAVIT OF TRANSLATION

STATE OF NEW YORK  )
                             ) S.S
COUNTY OF NEW YORK)

On this day personally appeared before me _Ting Chi_ who, after being duly sworn, depose and says:

That he/she is a certified translator of the English and Chinese languages by profession and as such is connected with **_JK TRANSLATION INC._**

That he/she thoroughly conversant with these languages.

That he/she has carefully made the attached translation from the original document written in the Chinese language. While respecting the original content faithfully, and that the translation is true and accurate to the best of his/her knowledge, ability and belief.

This is to certify that this is a complete, true and correct translation of the attached document _Wechat Conversation_

Signature of the Translator: _[signature]_

_[signature]_
03/26/2019

JIAYUE GUO
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GU6341061
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 02, 20 20



