---------- Forwarded message ---------
From: DIGUO JIAOYU <edu@diguojiaoyu.com>
Date: Fri, Mar 29, 2019 at 11:25 AM
Subject: 凯文律师楼 请你们有一点道德底线
To: <KELVIN@wuesq.com>

凯文律师

请你们有一点道德底线
如果你们再进行对我们公司进行没有逻辑的诽谤，我们这边会请纽约律师协会对你们的行为进行采取必要的法律措施维护我们公司的合法权益。

--



King L. Wu & Associates, P.C.
38-08 Union Street, Suite 10F
Flushing, New York 11354
Tel: 718-888-0618
Fax: 718-888-0283
Website: www.wuesq.com
Email: contact@wuesq.com

---------- Forwarded message ---------
From: **DIGUO JIAOYU** < edu@diguojiaoyu.com >
Date: Fri, Mar 29, 2019 at 11:25 AM
Subject: Kevin Lawyer Please have a little moral bottom line
: To: < KELVIN@wuesq.com >

Attorney Kelvin

Please have a moral bottom line.
If you continue to illogically defame our company, we will ask the New York Bar Association to take necessary legal measures against your behavior to protect the rights of our company

--



King L. Wu & Associates, P.C.
38-08 Union Street, Suite 10F
Flushing, New York 11354
Tel: 718-888-0618
Fax: 718-888-0283
Website: www.wuesq.com
Email: contact@wuesq.com