

Kelvin Law Office <contact@wuesq.com>

## Activity in Case 1:18-cv-07303-JMF Yu et al v. Diguojiaoyu, Inc. et al Order
1 message

---

**NYSD_ECF_Pool@nysd.uscourts.gov** <NYSD_ECF_Pool@nysd.uscourts.gov>  Wed, Mar 20, 2019 at 10:41 AM
To: CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 3/20/2019 at 10:41 AM EDT and filed on 3/20/2019
**Case Name:**        Yu et al v. Diguojiaoyu, Inc. et al
**Case Number:**      1:18-cv-07303-JMF
**Filer:**
**Document Number:** 34

**Docket Text:**
**ORDER: As discussed on the record during the conference held yesterday, Plaintiffs' counsel shall submit, no later than Tuesday, March 26, 2019, any communication - whether transmitted by way of email, social media, Google review, or any other platform - that he alleges was sent to threaten or harass him, and as further set forth in this order. Further, the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is hereby EXTENDED, nunc pro tunc, to Friday, March 29, 2019. The deadline for Defendants to respond to any interrogatories, requests for production, or other discovery requests served upon them by February 17, 2019 is similarly EXTENDED, nunc pro tunc, to Friday, March 29, 2019. Any failure by Defendants to meet that deadline may result in the imposition of sanctions. Discovery is otherwise closed. (Diguojiaoyu, Inc. answer due 3/29/2019; Shuntao Zhang(in his official capacity) answer due 3/29/2019; Shuntao Zhang(in his individual capacity) answer due 3/29/2019.) (Signed by Judge Jesse M. Furman on 3/20/2019) (jwh)**

**1:18-cv-07303-JMF Notice has been electronically mailed to:**

Leonard X. Gillespie    leonardxgillespie@lxgillaw.com

Isaiah Frederick Shotkin    frederick.nylawyer@gmail.com, gmlawoffice668@gmail.com

King Lun Wu    contact@wuesq.com

**1:18-cv-07303-JMF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document