King L. Wu & Associates, P.C.
38-08 Union St., Ste 10F, Flushing, NY 11354
**Phone** (718) 888-0618  **Fax** (718) 888-0283



# INVOICE                                                                  MAY 29, 2019

**BILL TO**

Defendants of:
Yu et al. v. Diguojiaoyu, Inc. et al.
1:18-cv-07303

| DATE | DESCRIPTION | UNIT PRICE | HOURS | TOTAL |
|---|---|---|---|---|
| 04/26/2019 | (2) Emails to Defendants' Counsel (HC)<br>(1) Phone calls to Defendants' Counsel's cell (HC)<br>(3) Phone calls to Defendants' Counsel's cell (HC)<br>*Paraprofessional time is $150/hr. | 150.00 | 0.5 | 75.00 |
| 04/26/2019 | Drafting of Proposed Joint Pretrial Order | 300.00 | 2 | 600.00 |
| 04/29/2019 | Emailed Judge's Chambers JPTO | 0.00 | 0 | 0.00 |
| 05/06/2019 | Drafting of Request to Charge | 300.00 | 1 | 300.00 |
| 05/06/2019 | Drafting of Voir Dire Questions | 300.00 | 0.5 | 150.00 |
| 05/06/2019 | Draft of Verdict Forms | 300.00 | 0.5 | 150.00 |
| 05/06/2019 | Revision of the Proposed Joint Pretrial Order | 300.00 | 0.5 | 150.00 |
| 05/06/2019 | Emailed and e-filed Judge's Chambers All Pretrial Documents | 300.00 | 0.5 | 150.00 |
| 05/07/2019 | Contacted Chambers and ECF regarding filing instructions (HC) | 150.00 | 0.5 | 75.00 |
| 05/08/2019 | Preparation of Exhibits (HC)<br>- Organizing, scanning, uploading | 150.00 | 3 | 450.00 |
| 05/08/2019 | Delivery of Electronic copies of Exhibits to Court – personally (transportation fees excluded) | 150.00 | 3 | 450.00 |
| 05/21/2019 | Drafting of Document 53 – Letter to Judge Furman | 300.00 | .75 | 225.00 |
| 05/28/2019 | LXG called and left message | 0.00 | 0 | 0.00 |
| 05/29/2019 | Emailed Defendants counsel regarding draft of the JPTO and other documents (HW)<br>Called Defendants counsel's cell and office regarding Exhibits and JPTO and other | 150.00 | 0.5 | 75.00 |



| DATE | DESCRIPTION | UNIT PRICE | HOURS | TOTAL |
|---|---|---|---|---|
|  | documents – left message with Holly Robinson |  |  |  |
| 05/29/2019 | Revision of Defendant's JPTO | 300.00 | 1 | 300.00 |
| 05/29/2019 | Email Defendant's counsel regarding submission and edits | 150.00 | .5 | 75.00 |
| 05/29/2019 | Drafting of letter to Judge Furman regarding Defendants' counsels failure to cooperate | 300.00 | .75 | 225.00 |

| | |
|---|---|
| ATTORNEY FEES | 2250.00 |
| PARAPROFESSIONAL FEES | 1200.00 |
| **TOTAL DUE** | 3450.00 |