

Kelvin Law Office <contact@wuesq.com>

## Joint Pretrial Order for Diguo
2 messages

---

**King L. Wu & Associates** <contact@wuesq.com>      Fri, Apr 26, 2019 at 12:44 PM
To: Leonard Gillespie <lgillespielaw@gmail.com>

Good afternoon Lenny,

Do you have a partial draft of the Joint Pretrial Order? If so, I can just consolidate the two drafts. If not, you would need to add on to mine. Let me know. Thanks!

Best regards,
Helen

--



King L. Wu & Associates, P.C.
38-08 Union Street, Suite 10F
Flushing, New York 11354
Tel: 718-888-0618
Fax: 718-888-0283
Website: www.wuesq.com
Email: contact@wuesq.com

---

**King L. Wu & Associates** <contact@wuesq.com>      Fri, Apr 26, 2019 at 2:52 PM
To: Leonard Gillespie <lgillespielaw@gmail.com>

Good afternoon Lenny,

Please provide me with an update regarding the status of the proposed joint pretrial order from your end. Thanks!

Regards,
Helen
[Quoted text hidden]