UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                         :

SHANCHUN YU and RUILI JIN,                   :

                                                Plaintiffs,      :

                                                                            :                18-CV-7303 (JMF)
                                -v-                                       :

                                                                            :                   <u>ORDER</u>
DIGUOJIAOYU, INC. d/b/a DIGUO EDU, et al.,      :         <u>TO SHOW CAUSE</u>

                                                Defendants.   :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In an Opinion and Order entered on November 20, 2019, the Court ordered sanctioned Defendants and ordered them to "cure any failure to comply with their discovery obligations by providing complete (and, as required, verified) responses to Plaintiffs' requests for the production of documents and interrogatories" by December 4, 2019. ECF No. 64, at 13. The Court also warned — in no uncertain terms — that "further failure to comply with deadlines," including the December 4, 2019 deadline "to cure all discovery violations[,] . . . *will* result in the imposition of further sanctions, including possibly entry of default judgment." *Id.*; *see also id.* at 16. Nevertheless, on December 5, 2019, the Court received a letter from Plaintiffs stating that Defendants have "failed to correct the defects in discovery." ECF No. 66.

       In light of the foregoing, and the Court's Opinion and Order of November 20, 2019, the Court hereby **ORDERS** Defendants to show cause by **Friday, December 13, 2019**, why the Court should not strike their Answer and enter default judgment in Plaintiffs' favor.

       SO ORDERED.

Dated: December 6, 2019
       New York, New York                                                  JESSE M. FURMAN
                                                                            United States District Judge