# KING L. WU & ASSOCIATES
## ATTORNEYS AT LAW

December 11, 2019

**VIA ECF**

Hon. Jesse M. Furman
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom 1105

      Re: *Yu et al* v. *Diguojiaoyu, Inc. et al* (1:18-cv-07303)

Hon. Judge Furman,

    Please see uploaded attachments: accounting of costs and fees and affirmation pursuant to your Order dated December 6, 2019. Evidence of these fees are in large email correspondences and include a lot of conversation unrelated to discovery, thus, it is not attached herein. Our office would require additional time to organize all the emails and select the relevant ones.

    Thank you for your time and attention in this matter.

                                          Respectfully submitted,

                                          /s/ King Lun Wu

                                          King L. Wu & Associates, P.C.
                                          Attorney for Plaintiffs