| Client: | Shanchun Yu & Ruili Jin | | | |
|---|---|---|---|---|
| Case Info: | Yu et al. v. Dig... | | | |
| Date | Description | Unit Price | Hour(s) | Total |
| 11/15/2018 | Phone call with Defendant's Attorney regarding discovery dates and other deadlines | 300 | 0.5 | 150 |
| 12/17/2018 | Drafting of Notice of Deposition | 300 | 0.75 | 225 |
| 12/18/2018 | Drafting of Plaintiff's Interrogatories | 300 | 1.5 | 450 |
| 12/18/2018 | Drafting of Request for Production of Documents | 300 | 1.5 | 450 |
| 12/19/2018 | Review, Packaging, filing of Documents (VZ) | 150 | 0.5 | 75 |
| 12/21/2018 | Phone call and email with Defendant for extension on discovery (TF) | 150 | 0.5 | 75 |
| 12/24/2018 | Email confirmation to Defendant's Attorney for extension | 150 | 0.1 | 15 |
| 3/14/2019 | Email from Defendant's Counsel for Status check | 150 | 0.1 | 15 |
| | Phone call and Email in Response explaing Discovery Requests to be due on March 19th | 150 | 0.5 | 75 |
| 3/22/2019 | Defendant's Counsel inquired about language of Interrogory responses via Email | | | 0 |
| | Lengthy email response for clarification purposes | 150 | 0.5 | 75 |
| 3/25/2019 | Email from Defendant's Counsel regarding inability to locate his client and to extend discovery | 150 | 0.1 | 15 |
| | Phone call with Defendant's Attorney | 300 | 0.25 | 75 |
| 4/1/2019 | Drafting of Letter Motion to Compel Discovery | 300 | 0.75 | 225 |
| 4/26/2019 | Drafting of Motion to Compel Discovery (Memo of Law) | 300 | 2.5 | 750 |
| 4/29/2019 | Drafting of Motion to Compel Discovery (Memo of Law) | 300 | 2 | 600 |
| 4/30/2019 | Drafting of Motion to Compel Discovery (Memo of Law) | 300 | 3 | 900 |
| 5/21/2019 | Memo. Of Law to Compel Discovery - Final Revisions and Submission | 300 | 2 | 600 |
| 5/21/2019 | E-Filing of Motion | 150 | 0.5 | 75 |
| 5/23/2019 | Letter Motion to Compel Discovery | 300 | 1 | 300 |
| | | | Total | 5145 |