**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

SHANCHUN YU and RUILI JIN,

                    Plaintiffs,                      18-cv-7303 (JMF) (OTW)

      -against-                               **ORDER**

DIGUOJIAYU, INC. d/b/a DIGOU EDU, et al.,

                    Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter was referred to me for an inquest following entry of a default judgment on December 17, 2019. (ECF 71–72). On October 2, 2020, the Court ordered Plaintiffs to file, by October 16, 2020: "(1) proposed findings of fact and conclusions of law, and (2) an inquest memorandum setting forth proof of damages." (ECF 73). Plaintiffs were instructed to file documentation and/or affidavits establishing the proposed damages figures and supporting the requested attorney's fees and costs. (*Id.*) Plaintiffs were also required to serve the October 2, 2020 Order and Plaintiff's inquest filings on the Defendants, and to file proof of service on the docket. (*Id.*) Following the Court's October 2, 2020 Order, Plaintiffs' counsel requested (and were granted) three extensions to the October 16, 2020 deadline due to both COVID-related work restraints and difficulties communicating with their clients who returned to China after their student visas were terminated. (ECF 74–79).

On March 2, 2021, Plaintiffs filed Proposed Findings of Fact and Conclusions of Law and an Inquest Memorandum. This first filing was deficient for reasons detailed in the Court's March 8, 2021 Order. (ECF 82).

On January 7, 2022, Plaintiffs filed updated Proposed Findings of Fact and Conclusions of Law and an Inquest Memorandum. This second filing is again deficient because it, *inter alia*: (1) is not signed by Plaintiffs' counsel (ECF 90 at 20); (2) does not provide supporting documentation for attorney's fees and costs; (3) includes exhibits without declaration(s) or affidavit(s) attesting to their authenticity and contents; and (5) is not accompanied by proof of service or documentation detailing Plaintiffs' counsel's attempts at service. Plaintiffs' counsel further requested a 60-day extension to obtain other necessary documents from overseas Plaintiffs. (ECF 91). Plaintiffs must file a corrected version of their inquest by **June 17, 2022**.

Defendants' opposition papers, if any, shall be filed by **June 24, 2022**.

Plaintiffs are **ORDERED** to serve this Order, ECF 90, and their January 7, 2022 filing(s) on Defendants and to file proof of service on the docket.

**SO ORDERED.**

Dated: April 18, 2022  
New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge