UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHANCHUN YU and RUILI JIN,

                     Plaintiff,                        18 **CIVIL** 7303 (JMF)

       -against-                                    **JUDGMENT**

DIGUOJIAOYU, INC. d/b/a DIGUO EDU, et al.,

                     Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 19, 2022, despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation states that Plaintiffs did not provide materials to Magistrate Judge Wang properly listing or identifying the work done to accrue the requested $8,595.00 in attorney's fees incurred before December 17, 2019, and therefore recommends that Plaintiffs only receive the $5,284 in attorney's fees incurred after December 17, 2019. This Court already awarded Plaintiffs a sum of $8,595.00 in attorney's fees as sanctions against Defendants and Mr. Gillespie, jointly and severally, on December 17, 2019. Therefore, Plaintiffs were due no additional attorney's fees for work done before December 17, 2019. Accordingly, the Report and Recommendation is ADOPTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          October 19, 2022

                                                         **RUBY J. KRAJICK**

                                                         Clerk of Court
                     **BY:**    *K. Mango*
                                                          **Deputy Clerk**